**People of the State of Illinois, Appellee, v. Emanuel Barker, Appellant.**

Gen. No. 51,278. 

First District, Second Division.

December 13, 1966.

Ronald N. Mora, of Chicago (Stuart B. Scudder, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James Veldman, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.